```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00629
    LEE ANN DAVID
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0627
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/15/07 .

2. The case was dismissed without confirmation, 07/27/2007.

3. The Debtor paid a total of $   1245.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OAK HIGHLANDS INGALLS PK | SECURED | NOT FILED | .00 | .00 |
| GTE TELECOME INC | SECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CPI CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | SPECIAL CLASS | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DEVONA & HOUGH PC           , was allowed $        .00 and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   1245.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/10/07                    /S/
                              GLENN STEARNS
```

CHAPTER 13 TRUSTEE

```
                             PAGE   2
     CASE NO. 07 B 00629 LEE ANN DAVID
```